HALE v. STATE. (No. 3497.)

(Court of Criminal Appeals of Texas. April 7, 1915.)

Appeal from District Court, McLennan County; E. C. Street, Special Judge.

Jim Hale was convicted of forgery, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of forgery, his punishment being assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts, bill of exceptions, or motion for new trial. There being nothing to discuss and no alleged error, the judgment will be affirmed.